AKTHAM ABUHOURAN
Prison No. 18938-050
FMC, Devens
P.O.Box 879 - Unit N2
Ayer, MA 01432
PRO SE PETITIONER

The Court's Clerk
United States District Court
For the District of Massachusetts
1 Courthouse Way
Suite 2300
Boston, Mass. 02210

                    Re: Aktham Abuhouran v. David L. Winn
                        Under Title 28 USC 2241
                        --------------------------------

Dear Clerk:

On or about July 25, 2005, I sent for filing my §2241 Petition
concerning my conviction and sentence in the criminal case No. 9
0560-04. On or about August 10, 2005, I received a request for    e
payment of the filing fees which it was paid directly to your of  ce
by a member of my family.

Up to this letter's date, I have yet to receive the Docket Numbe  or
any confirmation on such filing. I am requesting the full statu   on
my Petition, Docket No., date of filing, and the dead-line for t
Government to response.

Thank you for your time, assistance, and attention into this mat  r.

Sincerely yours

Aktham Abuhouran

AA:aa