Aktham Abuhouran
Reg. No. 18938-050
F.M.C., Devens Prison
P.O. Box 879
Ayer, MA 01432
<u>PRO SE PETITIONER</u>

United States District Court
For the District of Massachusetts
U.S. Courthouse
John J. Moakley Courthouse
1 Courthouse Way
Boston, MA 02210

Re: Aktham Abuhouran v. David L. Winn, Warden
   <u>Case No. 05-40127-GAO</u>
   **Motion By Letter to Withdraw Petition**

    Respectfully, the Pro Se, Petitioner, Aktham Abuhouran move this Honorable Court to withdraw his Petition under §2241 for actual innocent claim. The Petitioner withdrawal comes after a satisfactory settlement by the Assistant United States Attorney for the Eastern District of Pennsylvania Mr. Robert Zauzmer, which resulted a reduction of imprisonment time.

    The Petitioner waived his rights to file any appeals in his two criminal cases as a condition of his new agreement with the AUSA, which is the basis for this withdrawal.

    Petitioner, respectfully request that this Honorable Court withdraw his Petition and accept his sincere apology.

    Thank you for your kind consideration into this matter.

Sincerely yours

/Aktham Abuhouran

<u>A copy of this letter was mailed to
AUSA, Adam J. Bookbinder.</u>